UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-mc-5012 BHS |
| Plaintiff, | (3:11-CR-5305-3) |
| vs. | |
| BRYAN SOTOMISH, | **Order to Issue a Writ of Continuing Garnishment** |
| Defendant/Judgment Debtor, | |
| and | |
| QUINALT INDIAN NATION, | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Bryan Sotomish, from Quinalt Indian Nation, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Quinalt Indian Nation, whose address is Quinalt Indian Nation, Attn: Lolita Black, P.O. Box 189, Taholah, WA 98587.

//

//

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1   DATED this \_\_14\_\_ day of _____, 2016.

2

3   _____
    UNITED STATES DISTRICT COURT JUDGE

4

Presented by:

5

6   _____

7   KYLE A. FORSYTH, WSBA #34609
    Assistant United States Attorney
8   United States Attorney's Office
    700 Stewart Street, Suite 5220
9   Seattle, Washington 98101-1271
    Telephone: (206) 553-7970
10  Fax: (206) 553-4067
11  E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970